EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Merano@usdoj.gov

Attorneys for Defendant,
United States Forest Service

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| STORY OF STUFF PROJECT, | No. CV ED CV 16-00175 JGB (DTBx) |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION; AND FOR PAYMENT OF ATTORNEY FEES |
| UNITED STATES FOREST SERVICE, | |
| Defendant. | [Before the Honorable Jesus G. Bernal] |

The parties having filed a Stipulation to Dismiss; and for Payment of Attorney Fees,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice.

IT IS FURTHER ORDERED that Defendant United States Forest Service ("USFS") shall pay to Plaintiff the sum of Seventeen Thousand, Nine Hundred Dollars ($17,900.00), which sum shall be in full settlement and satisfaction of any and all claims for attorney's fees and costs in the above-entitled action.

DATED:   October 4, 2016

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

   /s/ Alarice M. Medrano
_____
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant,
United States Forest Service

1